1

2

3

4

5

6

7
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

8   MARLON RAMOS,

9                               Petitioner,          Case No. C15-240–MJP

10        v.                                         **ORDER OF DISMISSAL**

11   ERIC H. HOLDER JR., et al.,

12                               Respondents.

13        The Court, after careful consideration of petitioner's proposed habeas petition, the Report

14   and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and

15   the balance of the record, does hereby find and Order:

16        1.  The Court adopts the Report and Recommendation.

17        2.  This action is DISMISSED without prejudice for failure to pay the applicable filing fee

18            pursuant to 28 U.S.C. § 1914.

19        3.  The Clerk shall send a copy of this Order to petitioner and to Judge Tsuchida.

20            DATED this 4th day of May 2015.

21

22            _____
              Marsha J. Pechman
23            United States District Judge

ORDER OF DISMISSAL- 1